UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DEWAYNE LEE TURNER,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO CITY FIRE DEPT., et al.,<br><br>Defendants. | No. 2:19-cv-0416 TLN DB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

On July 23, 2021, the court ordered the United States Marshal to serve the complaint on California Highway Patrol ("CHP") Officer, defendant Guibord. Process directed to CHP Officer Guibord was returned unserved because there is "no officer by that name" at the CHP. There also is no officer by that name at the City of Sacramento Fire Department. Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

////

Accordingly, IT IS HEREBY ORDERED:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the amended complaint filed October 14, 2020;

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents, or show good cause why he cannot provide such information:

    a. One completed USM-285 form for each defendant;

    b. Two copies of the endorsed amended complaint filed October 14, 2020; and

    c. One completed summons form (if not previously provided).

Dated: August 16, 2021

_[signature]_
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
turn0416.8e

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DEWAYNE LEE TURNER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SACRAMENTO CITY FIRE DEPT., et al.,<br><br>　　　　　Defendants. | No. 2:19-cv-0416 TLN DB P<br><br>NOTICE OF SUBMISSION OF DOCUMENTS |

　　　　Plaintiff hereby submits the following documents in compliance with the court's order filed _____ :

　　　\_\_\_\_　　　completed summons form

　　　\_\_1\_\_　　 completed USM-285 forms

　　　\_\_2\_\_　　 copies of the \_\_\_\_October 14, 2020\_\_\_\_

　　　　　　　　Complaint

DATED:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Plaintiff

3