UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DEWAYNE LEE TURNER, | No. 2:19-cv-00416-TLN-DB |
| Plaintiff, | |
| v. | **ORDER** |
| SACRAMENTO CITY FIRE DEPT., et al., | |
| Defendants. | |

On August 25, 2021, Plaintiff filed a request for reconsideration of the magistrate judge's order filed August 17, 2021, denying appointment of counsel. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." *Id.* Upon review of the entire file, the Court finds the magistrate judge's ruling was not clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed August 17, 2021 (ECF No. 42) is AFFIRMED.

Date: September 9, 2021

Troy L. Nunley
United States District Judge

1