UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DEWAYNE LEE TURNER, | No. 2:19-cv-00416 TLN DB P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO CITY FIRE DEPT., et al., | |
| Defendants. | |

Plaintiff proceeds pro se and in forma pauperis under 42 U.S.C. § 1983. Plaintiff's motions relating to service of process are before the court.

On February 9, 2022, plaintiff filed a motion styled as "order to show cause for a preliminary injunction and a temporary restraining order." (ECF No. 58.) Through this motion, plaintiff seeks to compel service of the fourth amended complaint on defendant Guibord. On February 16, 2022, plaintiff filed a further motion requesting an order for service on defendant Guibord. (ECF 59.)

On March 17, 2022, the summons issued to defendant Guibord was returned executed. Defendant will respond to the complaint pursuant to Rule 12 of the Federal Rules of Civil Procedure. Therefore, plaintiff's motions requesting relief related to service of process will be denied as moot.

1

In accordance with the above, IT IS HEREBY ORDERED:

1. Plaintiff's motion for order to show cause (ECF No. 58) is DENIED as moot.
2. Plaintiff's motion for an order for service (ECF No. 59) is DENIED as moot.

Dated: March 30, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
turn0416.srv

2