UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DEWAYNE LEE TURNER, | No.  2:19-cv-0416 TLN DB P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO CITY FIRE DEPT., et al., | |
| Defendants. | |

Plaintiff, a former state prisoner, proceeds pro se with a civil rights action under 42 U.S.C. § 1983. This case proceeds on plaintiff's fourth amended complaint filed on October 14, 2020. (ECF No. 22.) Plaintiff has filed two requests for a copy of the transcript of his July 21, 2022 deposition. (ECF Nos. 76, 78.)

Federal Rule of Civil Procedure 30(e)(1) provides, pertinent part: "On request by the deponent . . . before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript . . . is available in which: (A) to review the transcript. . . .; and (B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them." Here, though, plaintiff does not indicate that he requested, before the completion of his deposition, to review the resulting transcript. Instead, it appears plaintiff is requesting a free copy of his deposition transcript.

////

1  The court is not in possession of the deposition transcript. The court is also without
2  authority to order the court reporter provide plaintiff with a free copy of the deposition transcript.
3  Although plaintiff was granted leave to proceed in forma pauperis in this case, it is well
4  established that "the expenditure of public funds [on behalf of an indigent litigant] is proper only
5  when authorized by Congress." Tedder v. Odel, 890 F.2d 210, 211 (9th Cir. 1989) (quoting
6  United States v. MacCollom, 426 U.S. 317, 321 (1976)). The expenditure of public funds for
7  deposition transcripts is not authorized by the in forma pauperis statute or any other statute. See
8  28 U.S.C. § 1915.
9  For the foregoing reasons, IT IS ORDERED that plaintiff's requests for a copy of his
10 deposition transcript are DENIED.
11 Dated:  October 31, 2022

DLB7
turn0416.dt

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE