1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   ANTHONY DEWAYNE LEE TURNER,          No.  2:19-cv-0416 TLN DB P

11                  Plaintiff,

12        v.                               ORDER

13   SACRAMENTO CITY FIRE DEPT., et
     al.,
14
                    Defendants.
15

16

17        Plaintiff, a former jail inmate, proceeds pro se under 42 U.S.C. § 1983 with a Fourth

18   Amendment excessive force claim against Officer Guibord. This matter is set for jury trial before

19   the Honorable Troy L. Nunley on January 22, 2024, at 9:00 a.m. in Courtroom 2, 15th Floor.

20        By order filed April 7, 2023, the court set a pretrial conference as described in Local Rule

21   282 to be conducted on the file before the undersigned and a trial readiness hearing to be

22   conducted on November 16, 2023, before the Honorable Troy L. Nunley. The court now vacates

23   the previously set pretrial conference to be conducted on the file, vacates the trial readiness

24   hearing, and sets new pre-trial dates below. The jury trial of this matter remains set before the

25   Honorable Troy L. Nunley on January 22, 2024, at 9:00 a.m. in Courtroom 2, 15th Floor.

26        In accordance with the above, IT IS HEREBY ORDERED:

27        1.  The due dates previously set for pretrial statements and any motions necessary to

28   obtain the attendance of incarcerated witnesses are VACATED.

1

2.  The trial readiness conference set for November 16, 2023, at 2:00 p.m. in Courtroom 2, 15th Floor, before the Honorable Troy L. Nunley, is VACATED.

3.  A pretrial conference is set for **November 16, 2023**, at 2:00 p.m. in Courtroom 2, 15th Floor, before the Honorable Troy L. Nunley.

4.  Plaintiff shall file and serve his pretrial statement and any motions necessary to obtain the attendance of incarcerated witnesses at trial on or before **November 2, 2023.**  Defendants shall file their pretrial statement on or before **November 9, 2023.**  The parties are advised that failure to file a pretrial statement may result in the imposition of sanctions, including dismissal of this action.

5.  This matter is set for jury trial before the Honorable Troy L. Nunley on **January 22, 2024,** at 9:00 a.m. in Courtroom 2, 15th Floor.

6.  In all other respects, the terms of the further scheduling order filed April 7, 2023 remain in effect.

Dated:  May 16, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
turn0416.41.amnd

2