UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DEWAYNE LEE TURNER,<br><br>   Plaintiff,<br><br>   v.<br><br>SACRAMENTO CITY FIRE DEPT., et al.,<br><br>   Defendants. | No.  2:19-cv-00416-TLN-DB<br><br>**ORDER** |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 13, 2023, the magistrate judge filed findings and recommendations herein which were served on all parties, and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 99.)  Neither party has filed objections to the findings and recommendations.

Although it appears from the file that Plaintiff's copy of the findings and recommendations was returned, Plaintiff was properly served.  It is the Plaintiff's responsibility to always keep the Court apprised of his current address.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

1  The Court has reviewed the file and finds the findings and recommendations to be
2  supported by the record and by the magistrate judge's analysis.
3  Accordingly, IT IS HEREBY ORDERED as follows:
4  1. The findings and recommendations filed October 13, 2023 (ECF No. 99) are
5     ADOPTED IN FULL.
6  2. This action is DISMISSED for failure to prosecute. *See* Fed. R. Civ. P. 41(b).
7  3. The Clerk of the Court is directed to close this case.
8  Dated: November 13, 2023

Troy L. Nunley
United States District Judge