UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DEWAYNE LEE TURNER<br><br>Plaintiff,<br><br>v.<br><br>GUIBORD,<br><br>Defendant. | No. 2:19-cv-00416-TLN-DB<br><br>**ORDER APPOINTING<br>LIMITED PURPOSE COUNSEL** |

Plaintiff, an inmate proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. The Court finds the appointment of counsel for Plaintiff is warranted for the limited purpose of investigating Plaintiff's allegations that he was in a mental health facility receiving treatment, including dates, and filing a renewed motion to reopen the case, if the allegation is substantiated. Carter C. White and the King Hall Civil Rights Clinic have been selected from the Court's pro bono attorney panel to represent Plaintiff for this limited purpose and have agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. Carter C. White and the King Hall Civil Rights Clinic are appointed as limited purpose counsel in the above titled matter. This appointment is for the limited purpose of investigating Plaintiff's allegations that he was in a mental health facility receiving treatment, including dates, and filing a renewed motion to reopen the case, if the

       allegation is substantiated.  The renewed motion to reopen the case, if the allegation is substantiated, is due 90 days from the date of this Order and should include documents verifying Plaintiff's mental incapacity and/or mental health treatment during the relevant period.  If counsel is unable to substantiate Plaintiff's mental health allegations, counsel should file, not later than 90 days from the date of this Order, a notice indicating that a renewed motion to open the case would not be appropriate.

2. Carter C. White and the King Hall Civil Rights Clinic's appointment will terminate when Plaintiff's renewed motion to reopen the case is filed, or when notice that a renewed motion to reopen the case would not be appropriate is filed.

3. Appointed counsel shall notify Sujean Park via email at spark@caed.uscourts.gov if they have any questions related to the appointment.

4. The Clerk of the Court is directed to serve a copy of this Order upon Carter C. White, King Hall Civil Rights Clinic, UCD Clinical Program Bldg. TB 30, 1 Shields Ave., Davis, CA 95616.

Date: December 5, 2024

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE