CARTER C. WHITE, CSB # 164149
U.C. Davis Civil Rights Clinic
One Shields Ave., Bldg. TB-30
Davis, CA 95616
Telephone: (530) 752-5440
Fax: (530) 752-5788
ccwhite@ucdavis.edu

Attorney for Plaintiff,
 Anthony Turner

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DEWAYNE LEE TURNER, Plaintiff, vs. OFFICER GUIBORD, ET AL., Defendants | Case No. 2:19-cv-00416-TLN-SCR **ORDER EXTENDING TIME** |

   Having considered the parties' stipulation, and for good cause shown, the Court does hereby Order that the Plaintiff's deadline to file the renewed motion to reopen is hereby extended an additional 30 days, until on or before April 4, 2025.

Dated: March 5, 2025

_____
Troy L. Nunley
Chief United States District Judge