UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DEWAYNE LEE TURNER,<br><br>Plaintiff,<br><br>v.<br><br>GUIBORD,<br><br>Defendant. | No. 2:19-cv-00416-TLN-SCR<br><br>**ORDER** |

Plaintiff Anthony Dewayne Lee Turner ("Plaintiff") requests this Court seal documents submitted in support of his Amended Motion to Reopen the Case. (ECF No. 127.) The documents contain medical information about Plaintiff's mental health diagnosis. (*Id.* at 2.) Defendant Officer Guibord ("Defendant") filed a response stating he did not object to the request to seal. (ECF No. 128.)

Finding good cause, the request to seal is GRANTED. *See, e.g.*, *United States v. Morales*, No. 2:16-CR-00241-KJM, 2023 WL 6796467, at *1 (E.D. Cal. Oct. 13, 2023) (granting request to seal medical records, because confidentiality interests outweighed the public's access interest). The Clerk of the Court is DIRECTED to file Exhibit A to Plaintiff's Amended Motion to Reopen the Case under seal.

IT IS SO ORDERED.

1

1 | Dated: April 8, 2025

_____
Troy L. Nunley
Chief United States District Judge