CARTER C. WHITE
KING HALL CIVIL RIGHTS CLINIC
U.C. Davis School of Law
One Shields Avenue, Bldg. TB-30
Davis, CA  95616-8821
Telephone:  (530) 752-5440
Facsimile:  (530) 752-5788
ccwhite@ucdavis.edu

Counsel for Plaintiff Anthony Dewayne Lee Turner

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DEWAYNE LEE TURNER,<br><br>   Plaintiff,<br><br> vs.<br><br>GUIBORD,<br><br>   Defendant. | Case No.  2:19-cv-00416-TLN-SCR<br><br>**PLAINTIFF'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |

  Anthony Turner, Plaintiff, appeals to the United States Court of Appeals for the Ninth Circuit from the district court's May 29, 2025, order denying the motion to reopen (ECF No. 134).

  Plaintiff's application to proceed in forma pauperis was granted by the district court on November 18, 2019 (ECF No. 7), and there has been no material change in his financial circumstances since that time.

Dated: June 23, 2025      Respectfully submitted,

                __/S/ Carter C. White_____
                Carter C. White
                Counsel for Plaintiff